Law Offices of
## YOUNG, MALMBERG & HOWARD, P.A.
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young
Constantine F. Malmberg, III
Kevin M. Howard
Ronald G. Poliquin

Phone: (302) 672-5600

Fax: (302) 674-0549

April 26, 2005

U.S. District Court
District of Delaware
Clerk's Office
844 N. King Street
Room 4209 Lockbox 18
Wilmington, DE  19801

05 - 250



RE:   New Civil Filing
      Jennifer A. Reed v. J.P. Morgan Chase, Inc.

Dear Clerk of the Court:

Please docket the enclosed complaint and return one copy in the enclosed self-addressed and stamped envelope. I am enclosing a floppy disc with the complaint and all other documents saved in PDF format per the direction of the Clerk's Office along with the fee of $250.00 for the filing of a new complaint.

I am scheduled to attend the required Training Course to be held on May 18, 2005 at 2:15 p.m. in order to obtain a login identification and password to file electronically in the future.

Thank you for your assistance.

Very truly yours,

Ronald G. Poliquin, Esquire
RGP/jag

cc: Jennifer A. Reed