UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Jennifer A. Reed,                           :
        Plaintiff,                  :
                                      :      Civil Action No. 05-250
    v.                              :
                                      :
J.P. Morgan Chase, Inc.                     :
        Defendant.                  :

## STIPULATION

The parties to this action hereby stipulate and agree that the Defendant shall have an extension of time of three weeks, until June 15, 2005, to respond to Plaintiff's Complaint.

_____            _____
Andrew H. Lippstone, Esquire               Ronald G. Poliquin, Esquire
Delaware Bar ID No. 4117                   Supreme Court ID No. 4447
Dechert LLP                                Young, Malmberg & Howard, P.A.
4000 Bell Atlantic Tower                   30 The Green
1717 Arch Street                           Dover, DE   19901
Philadelphia, PA 19103-2793
(215) 994-4000                             (302) 672-5600

Attorneys for Defendant                    Attorneys for Plaintiff
J.P. Morgan Chase, Inc.                    Jennifer A. Reed

Dated: 5/24/05                             Dated: 5/25/05


**AND NOW, it is hereby ORDERED that the above Stipulation is approved and entered this _____ day of _____, 2005.**

**BY THE COURT:**

_____

938630.1.PHI_LIT_50