UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Jennifer A. Reed,  :
    Plaintiff,  :
                      :    Civil Action No. 05-250 GMS
v.  :
                      :
J.P. Morgan Chase, Inc.  :
    Defendant.  :

## STIPULATION

The parties to this action hereby stipulate and agree that the Defendant shall have an extension of time of until June 20, 2005, to respond to Plaintiff's Complaint.

_____  
Andrew H. Lippstone, Esquire  
Delaware Bar ID No. 4117  
Dechert LLP  
4000 Bell Atlantic Tower  
1717 Arch Street  
Philadelphia, PA 19103-2793  
(215) 994-4000  

Attorneys for Defendant  
J.P. Morgan Chase, Inc.  

Dated: 6/15/05

_____  
Ronald G. Poliquin, Esquire  
Supreme Court ID No. 4447  
Young, Malmberg & Howard, P.A.  
30 The Green  
Dover, DE  19901  

(302) 672-5600  

Attorneys for Plaintiff  
Jennifer A. Reed  

Dated: 6/14/05

AND NOW, it is hereby ORDERED that the above Stipulation is approved and entered this _____ day of _____, 2005.

BY THE COURT:

_____