IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jennifer A. Reed,<br><br>  Plaintiff,<br><br>v.<br><br>J.P. Morgan Chase, Inc.,<br><br>  Defendant. | :<br>:<br>:<br>:  C.A. No. 05-250 GMS<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

    Rebecca L. Butcher, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of M. Frances Ryan, Esquire of Dechert LLP (the "Admittee"), to represent J.P. Morgan Chase, Inc. in this action. The Admittee is admitted, practicing, and in good standing of the bar of the State of Pennsylvania.

LANDIS RATH & COBB LLP

_____
Rebecca L. Butcher (I.D. No. 3816)
919 Market Street, Suite 600
Wilmington, DE 19801
(302) 467-4400

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted practicing and in good standing in the jurisdiction shown in the paragraph above, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, this action, and have access to, or have acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

_____
M. Frances Ryan, Esquire
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-2756

IT IS HEREBY ORDERED counsel's motion for admission proc hac vice is granted.

BY THE COURT:

Dated: _____     _____
                           The Honorable Gregory M. Sleet
                           United States District Court Judge

200.000-8467.DOC

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on July 12, 2005, a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice of M. Frances Ryan, Esquire was caused to be served on the following in the manner indicated:

**First Class Mail**

Ronald G. Poliquin, Esquire (#4447)
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901
(302) 672-5600


_____
Rebecca L. Butcher, Esquire (#3816)

521.001-8682.DOC