UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jennifer A. Reed, | : | |
| Plaintiff, | : | C.A. No. 05-250 (GMS) |
| - against - | : | RULE 26(f) MEMORANDUM |
| J. P. Morgan Chase, Inc. | : | |
| Defendant. | : | |

### DEFENDANT'S RULE 26(f) MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 26, Defendant Chase Bank USA, National Association ("Chase"), incorrectly named in the Complaint as J. P. Morgan Chase, Inc., submits the following report:

I.   **PRETRIAL PROCEEDINGS**

   A.   **Jurisdiction:**

   There is no current dispute concerning the Court's jurisdiction over this matter.

   B.   **Substance of the action:**

   Plaintiff contends that she was sexually harassed and terminated in retaliation for an alleged complaint. Defendant denies these allegations and believes that Plaintiff was treated fairly at all times. Defendant contends that Plaintiff was fired for accessing private customer information without a legitimate business reason in violation of Defendant's policies.

**C.** **Motions to join other parties and to amend pleadings:**

All motions to join other parties and to amend the pleadings shall be filed on or before 14 days after the date the Court enters its scheduling order, unless in accordance with Rules 15, 19, and 20 or the Court orders otherwise.

**D.** **Motions:**

All non-dispositive motions shall be filed on or before 60 days after the discovery deadline.

**E.** **Discovery Deadline:**

All discovery shall be completed on or before January 13, 2006.

**F.** **Pretrial Memorandum:**

The parties shall file pretrial memoranda in a time and manner consistent with Rule 26 of the Federal Rules of Civil Procedure.

**G.** **Exhibits:**

The parties shall exchange exhibits within the time permitted for the filing of pretrial memoranda.

**H.** **Expert Disclosures:**

If the parties retain witnesses who may be used at trial to present expert testimony, the parties shall provide any expert reports and other expert disclosures required by the Federal Rules of Civil Procedure by 30 days before the discovery deadline. The parties shall provide to each other any subsequent rebuttal expert reports and corresponding expert disclosures required under the Rules within 14 days of receiving the report to be rebutted.

I.  **Dispositive Motions:**

All dispositive motions shall be filed on or before 30 days after the discovery deadline.

II. **TRIAL**

A.  **Prospects of Settlement:**

The parties are willing to engage in negotiations as discovery proceeds and the case moves toward trial.

B.  **Length of Trial:**

The estimated length of trial is 5 days.

C.  **Other Matters:**

No further matters currently need to be addressed by the Court that would facilitate the just, speedy, and inexpensive disposition of this case.

Date: September 9, 2005

Rebecca L. Butcher, Esquire (#3816)
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19899
Tel: 302-467-4400

-and-

M. Frances Ryan, Esquire
Thomas K. Johnson, II, Esquire
Andrew H. Lippstone, Esquire (#4117)
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
Tel: 215-994-4000

Attorneys for Defendant
Chase Bank USA, National Association

- 4 -

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, do hereby certify that this 9th day of September, 2005 a true and correct copy of the foregoing Rule 26(f) Memorandum was served on the following in the manner indicated:

**By Facsimile @ (302) 674-0549
and First Class Mail**

Ronald G. Poliquin, Esquire (#4447)
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE  19901
(302) 672-5600

_____
Rebecca L. Butcher, Esquire (#3816)

- 4 -