# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 600
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Rebecca L. Butcher
Direct Dial: 302.467.4415
Email: butcher@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

September 9, 2005

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

   **Re: Reed v. J.P. Morgan Chase, Inc., C.A. No. 05-250 (GMS)**

Dear Judge Sleet:

  Defendant Chase Bank USA, National Association ("Chase") today filed Defendant's Rule 26(f) Memorandum. Chase had been consulting with Plaintiff Jennifer A. Reed's counsel regarding the substance of this memorandum for several weeks, but was unable to receive final approval from Plaintiff's counsel. Plaintiff's counsel was on vacation today and therefore unavailable for comment on this memorandum. In the interest of moving this matter forward Chase is submitting this unilateral memorandum.

  Counsel remains available at Your Honor's convenience should the Court have any questions.

            Respectfully,

            Rebecca L. Butcher
            (#3816)

cc: Ronald G. Poliquin, Esquire (by facsimile)
   Thomas K. Johnson, II, Esquire (by e-mail)