Law Offices of
**YOUNG, MALMBERG & HOWARD, P.A.**
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young
Constantine F. Malmberg, III
Kevin M. Howard
Ronald G. Poliquin

Phone: (302) 672-5600

Fax: (302) 674-0549

September 12, 2005

United States District Court
Attention: Cynthia

RE: Jennifer A. Reed vs. J.P. Morgan Chase, Inc.

VIA FACSIMILE: 302-573-6472

Dear Cynthia,

    Please let this letter confirm that we are in agreement with the Rule 26(f) Memorandum filed by Defendant's Counsel on Friday, September 9, 2005.

    Please call with any other questions.

Respectfully,

Ronald G. Poliquin, Esquire
RGP/jag