Law Offices of
# YOUNG, MALMBERG & HOWARD, P.A.
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young
Constantine F. Malmberg, III
Kevin M. Howard
Ronald G. Poliquin

Phone: (302) 672-5600
Fax: (302) 674-0549

October 5, 2005

Thomas K. Johnson, II
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

RE: Extension of Time Agreement
05-250 GMS

Dear Mr. Johnson:

This letter will confirm that we have come to an agreement that we will have an extension of two weeks to respond to your discovery requests. The new deadline will be October 28, 2005, which is two weeks from the original date of October 14, 2005.

Thank you for your cooperation in this matter.

Very truly yours,

Ronald G. Poliquin
RGP/jag

cc: United States District Court
cc: Jennifer Reed

RECEIVED OCT 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE