IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER A. REED | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| | ) |
| vs. | ) C.A. No.: |
| | ) |
| J. P. MORGAN CHASE, INC. | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby declare that on this 12 day of OCTOBER, 2005 two copies of Plaintiff's Interrogatories Directed to Defendant, were sent by the United States Postal Service, postage Prepaid, to:

Rebecca L. Buther, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19899

M. Frances Ryan, Esquire
Thomas K. Johnson, II, Esquire
Andrew H. Lippstone, Esquire
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

YOUNG, MALMBERG & HOWARD, P.A.

_____
Ronald G. Poliquin, Esquire
30 The Green
Dover, DE 19901
302-672-5600

DATED: 10/12/00