UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jennifer A. Reed, | : | |
|     Plaintiff, | : | C.A. No. 05-250 (GMS) |
| vs. | : | |
| J.P. Morgan Chase, Inc., | : | |
|     Defendant. | : | |

CERTIFICATE OF MAILING

I, Ronald G. Poliquin, Esquire, do hereby certify that on this 26th day of October, 2005, a true and correct copy of the foregoing Rule 26(a)(1) Disclosure Requirement By the Plaintiff was served on the following by first class mail:

Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE  19899

M. Frances Ryan, Esquire
Thomas K. Johnson, II, Esquire
Andrew H. Lippstone, Esquire
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin

RONALD G. POLIQUIN, ESQUIRE
Supreme Court I.D.:  4447
30 The Green
Dover, DE  19901
302-672-5600
Attorney for Plaintiff