UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jennifer A. Reed, | : | |
| Plaintiff, | : | C.A. No. 05-250 (GMS) |
| vs. | : | |
| J.P. Morgan Chase, Inc., | : | |
| Defendant. | : | |

**CERTIFICATE OF MAILING**

I, Ronald G. Poliquin, Esquire, do hereby certify that on this 27th day of October 2005, a true and correct copy of the foregoing Plaintiff's Response to Defendant's Request for Documents was served on the following by first class mail and by facsimile:

Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19899

M. Frances Ryan, Esquire
Thomas K. Johnson, II, Esquire
Andrew H. Lippstone, Esquire
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

YOUNG, MALMBERG & HOWARD, P.A.

Ronald G. Poliquin, Esquire (4447)
30 The Green
Dover, DE 19901
302-672-5600