## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Jennifer A. Reed,                          :

        Plaintiff,              :            C.A. No. 05-250 (GMS)

vs.                                        :

J.P. Morgan Chase, Inc.,                   :

        Defendant.              :

### CERTIFICATE OF MAILING

    I, Ronald G. Poliquin, Esquire, do hereby certify that on this 27th day of October 2005, a true and correct copy of the foregoing Plaintiff's Response to Defendant's First Set of Interrogatories was served on the following by first class mail and by facsimile:

> Rebecca L. Butcher, Esquire
> Landis Rath & Cobb LLP
> 919 Market Street, Suite 600
> Wilmington, DE 19899
>
> M. Frances Ryan, Esquire
> Thomas K. Johnson, II, Esquire
> Andrew H. Lippstone, Esquire
> Dechert LLP
> 4000 Bell Atlantic Tower
> 1717 Arch Street
> Philadelphia, PA 19103-2793

        YOUNG, MALMBERG & HOWARD, P.A.

        Ronald G. Poliquin, Esquire  (4447)
        30 The Green
        Dover, DE 19901
        302-672-5600