IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jennifer A. Reed,<br><br>      Plaintiff,<br><br>v.<br><br>J.P. Morgan Chase, Inc.,<br><br>      Defendant. | :<br>:<br>:<br>:  C.A. No. 05-250 GMS<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 15th day of September, 2005 a true and correct copy of Chase Bank USA, National Association's Rule 26(a) Initial Disclosures was caused to be served upon the following in the manner indicated:

**First Class Mail**

Ronald G. Poliquin, Esquire (#4447)
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901
(302) 672-5600

                      LANDIS RATH & COBB LLP

                      _____
                      Daniel B. Rath, Esquire (#3022)
                      Rebecca L. Butcher, Esquire (#3816)
                      James S. Green, Jr., Esquire (#4406)
                      919 Market Street, Suite 600
                      Wilmington, Delaware 19801
                      (302) 467-4400

                      *Attorneys for Chase Bank USA, National*
                      *Association*

Dated: November 11, 2005

521.001-9975.DOC

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on November 11, 2005, a true and correct copy of this Notice of Service was caused to be served on the following in the manner indicated:

**First Class Mail**

Ronald G. Poliquin, Esquire (#4447)
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901
(302) 672-5600

_____
Rebecca L. Butcher, Esquire (#3816)

521.001-9975.DOC