IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER A. REED | : | |
| Plaintiff, | : | |
| | : | C.A. No. 05-250 (GMS) |
| v. | : | |
| J. P. MORGAN CHASE, INC. | : | |
| Defendant. | : | |

**STIPULATION FOR EXTENSION OF TIME FOR DISCOVERY**

1. The parties to the above-referenced matter hereby stipulate and agree that the deadline for the discovery period shall be extended until March 1, 2006.

2. Both parties are cooperating and making progress in the discovery process and;

3. The reasons for the extension are the following:

   a.) Plaintiff requires additional time to locate witnesses,

   b.) One key witness has relocated out of state,

   c.) Defendant is unsure as to necessity of future depositions until Plaintiff's deposition is taken and the transcript reviewed; and

d.)  Due to conflicts in counsel and witness' schedule because of the holiday season it would be extremely difficult to complete all depositions prior to January 1, 2006.

_____
Thomas K. Johnson, II
Dechert LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808
215-994-4000

Attorneys for Defendant
Chase Bank USA, National Association
incorrectly named in the Complaint as
J. P. Morgan Chase, Inc.

_____
Ronald G. Poliquin, Esquire
Delaware Bar I.D. No. : 4447
Young, Malmberg, Howard, P.A.
30 The Green
Dover, DE 19901
302-672-5600

Attorneys for Plaintiff
Jennifer A. Reed

AND NOW, it is hereby ORDERED that the above Stipulation is approved and entered this _____ day of _____, 2005

BY THE COURT:

_____

- 2 -