IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER A. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-250 (GMS) |
| | ) | |
| J.P. MORGAN CHASE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

WHEREAS, on November 22, 2005, the parties in the above-captioned case filed a Joint Stipulation for Extension of Time for Discovery (the "Stipulation") (D.I. 25);

WHEREAS, the Stipulation states that the parties agree to extend the discovery period until March 1, 2006, due to trouble locating witnesses; witness relocation; and the fact that the defendant has not been able to take the plaintiff's deposition, thereby making it impossible to know the necessity of future depositions;

WHEREAS, after having considered the statements in the Stipulation, the court concludes that it is in the interest of justice to extend the deadline for discovery until March 1, 2006; and

WHEREAS, as a result of extending the discovery deadline, the court further concludes that the amended schedule will not accommodate case dispositive motions;

IT IS HEREBY ORDERED that:

1.    The Joint Stipulation for Extension of Time for Discovery (D.I. 25) is APPROVED.

2.  The Scheduling Order shall be amended so that all discovery shall be completed on or before **March 1, 2006**.

3.  The parties are not permitted to file case dispositive motions.

Dated: November 23, 2005

_____
UNITED STATES DISTRICT JUDGE

**FILED**

NOV 2 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE