# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jennifer A. Reed, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-250 (GMS) |
| | : | |
| vs. | : | |
| | : | |
| J.P. Morgan Chase, Inc., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITIONS

To:   Thomas K. Johnson, II
      Dechert, LLP
      Sira Center
      2929 Arch St.
      Philadelphia, PA  19104-2808

**PLEASE TAKE NOTICE** that the deposition of Nazih Kazzaz has been scheduled for January 24, 2006 at 1:00 p.m. at 500 Stanton Road in Newark, Delaware. The deposition of Victoria Rowley has been scheduled for January 30, 2006 at 10:00 a.m. at 500 Stanton Road in Newark, Delaware. The deposition of Christopher Dotts has been scheduled for January 30, 2006 at 1:00 p.m. at 500 Stanton Road in Newark, Delaware.

**Young, Malmberg & Howard, P.A.**

  /s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*

Dated: January 20, 2006