## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jennifer A. Reed, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-250 (GMS) |
| | : | |
| vs. | : | |
| | : | |
| J.P. Morgan Chase, Inc., | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

This shall certify that on this 20th day of January, 2006, I caused two copies of the foregoing Notice of Depositions to be served by U.S. Mail, postage pre-paid upon:

Thomas K. Johnson, II
Dechert, LLP
Sira Center
2929 Arch St.
Philadelphia, PA  19104-2808


**Young, Malmberg & Howard, P.A.**


  /s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*