UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Jennifer A. Reed,                    :
                                     :
        Plaintiff,                   :    C.A. No. 05-250 (GMS)
                                     :
vs.                                  :
                                     :
J.P. Morgan Chase, Inc.,             :
                                     :
        Defendant.                   :

### NOTICE OF DEPOSITIONS

To:   Thomas K. Johnson, II
      Dechert, LLP
      Sira Center
      2929 Arch St.
      Philadelphia, PA  19104-2808

**PLEASE TAKE NOTICE** that the deposition of Christopher Dotts has been scheduled for February 27, 2006 at 9:00 a.m. at J.P. Morgan Chase, Inc., 500 Stanton Road, Building 1 in Newark, Delaware.  The deposition of Mary Ellen Wyatt has been scheduled for February 27, 2006 at 12:00 p.m. at J.P. Morgan Chase, Inc., 500 Stanton Road, Building 1 in Newark, Delaware.  The deposition of Kathy Scott has been scheduled for February 27, 2006 at 3:00 p.m. at J.P. Morgan Chase, Inc., 500 Stanton Road, Building 1 in Newark, Delaware.

                                    Young, Malmberg & Howard, P.A.

                                    _____
                                    Ronald G. Poliquin
                                    I.D. No. 4447
                                    30 The Green
                                    Dover, DE 19901
                                    *Attorney for Plaintiff*

Dated: February 17, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Jennifer A. Reed, | : | |
| Plaintiff, | : | C.A. No. 05-250 (GMS) |
| vs. | : | |
| J.P. Morgan Chase, Inc., | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

This shall certify that on this 17th day of February, 2006, I caused one copy of the foregoing Notice of Depositions to be served by United States Mail, postage pre-paid upon:

Thomas K. Johnson, II
Dechert, LLP
Sira Center
2929 Arch St.
Philadelphia, PA  19104-2808

Young, Malmberg & Howard, P.A.

Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*