IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER A. REED, | : | |
| PLAINTIFF, | : | C.A. No.: 05-250 (GMS) |
| vs. | : | JURY TRIAL DEMANDED |
| J. P. MORGAN CHASE, INC., | : | |
| DEFENDANT. | : | |

## NOTICE OF MOTION

**PLEASE** take notice that the attached motion will be heard at the earliest convenience of the Court.

Young, Malmberg & Howard, P.A.

_____
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*

DATED: March 3, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER A. REED, | : | |
| PLAINTIFF, | : | C.A. No.: 05-250 (GMS) |
| vs. | : | JURY TRIAL DEMANDED |
| J. P. MORGAN CHASE, INC., | : | |
| DEFENDANT. | : | |

**MOTION FOR DEFENDANT TO REIMBURSE EXPERT FEES**

**COMES NOW**, the Plaintiff, Jennifer A. Reed, by and through her attorneys Young, Malmberg & Howard, P.A. and moves this Honorable Court for an Order granting the Motion for Defendant to reimburse Plaintiff's expert fees. In support thereof the Plaintiff respectfully asserts the following:

1. On February 3, 2006, defendant issued an order subpoenaing Dr. David L. Fink to appear for a deposition on February 7, 2006 at Dechert LLP, Cira Centre, 21st Floor, 2929 Arch Street in Philadelphia, PA. 2/03/06 subpoena attached hereto as Exhibit A.

2. Defendant had advance notice of Dr. Fink's fee schedule in that it was provided to them along with his expert report. Fink Fee Schedule attached hereto as Exhibit B.

3. Dr. Fink's deposition fee is $3,500.00 for a half day of deposition testimony, consistent with other expert fees in his field.

4. Defendant has refused to reimburse Dr. Fink for his fee and has only paid $1,050.00 to him. 2/21/06 Dechert LLP letter attached hereto as Exhibit C.

5.  Pursuant to Rule 26(C), the defendants, as the party-seeking discovery are required to pay Dr. Fink his set amount of $3,500.00 as it is reasonable and they were on notice of the fee via his fee schedule previously provided.

**WHEREFORE**, the Plaintiff respectfully prays this Honorable Court enter an Order granting Plaintiffs' Motion to reimburse Dr. Fink the difference between the amount paid and Dr. Fink's set deposition fee in the amount of $2,450.00, in addition to Plaintiff's attorney fees and costs for having to file this motion.

Young, Malmberg & Howard, P.A.

Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*

DATED: March 2, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER A. REED, | : | |
| | : | |
| PLAINTIFF, | : | C.A. No.: 05-250 (GMS) |
| | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| J. P. MORGAN CHASE, INC., | : | |
| | : | |
| DEFENDANT. | : | |

## ORDER

**IT IS SO ORDERED** this ___ day of _____, 2006, that defendant is ordered to reimburse Dr. Fink the difference between the amount paid and Dr. Fink's set deposition fee in the amount of $2,450.00, in addition to Plaintiff's attorney fees and costs for having to file this motion.

_____
JUDGE