# EXHIBIT A

AO88 (Delaware Rev. 7/00) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA[1]

Reed, Jennifer, A.
    v.
J. P. Morgan Chase, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]
USDC District of Delaware 05 - 250 GMS

TO:    David L. Fink, M.D., General Psychiatry
        One Rittenhouse Square, #701
        135 South 18th Street
        Philadelphia, PA  19103

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURT ROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: Dechert LLP, Cira Centre, 21st Floor, 2929 Arch Street Philadelphia, PA  19104-2808 | DATE AND TIME February 7, 2006 at 3:00 p.m. |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
**All documents and things, including without limitation electronic or paper records or audio recordings, relating to any examination, diagnosis, care, treatment, or medical prescriptions of Jennifer Reed, a/k/a Jennifer Esposito, social security number 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, provided or dispensed by any physician, nurse, psychologist, pharmacist or other health care practitioner, including, but not limited to, reimbursement or payment records, medical or surgical charts, personal notes, records of any kind, diagnostic, medical, or surgical evaluations, records of prescriptions, letters or other correspondence, and any and all other documents that relate to, reflect, concern, explain or address any diagnosis, treatment or potential treatment provided to Jennifer Reed, a/k/a Jennifer Esposito.**

| PLACE Dechert LLP, Cira Centre, 21st Floor, 2929 Arch Street Philadelphia, PA  19104-2808 | DATE AND TIME February 7, 2006 at 9:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) _[signature]_  Attorney for Defendant | DATE February 3, 2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Thomas K. Johnson, II, Dechert LLP, Cira Centre
2929 Arch Street, Philadelphia, PA 19104-2808    Telephone: 215-994-2756

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.