# EXHIBIT B

David L. Fink, MD
135 S. 18th Street, Suite 701
Philadelphia, PA 19107
Telephone: 215-563-4649   FAX: 215-567-1113

## FEE SCHEDULE, EFFECTIVE MARCH 1, 2003

| | |
|---|---|
| BASIC FEE FOR FORENSIC SERVICES | $350.00/HR. |
| REVIEW OF RECORDS | $350.00/HR. |
| DEPOSITION TESTIMONY | $3500.00 (HALF DAY) |
| DEPOSITION TESTIMONY | $5500.00 (FULL DAY) |
| COURT APPEARANCE AND TESTIMONY | $3500.00 (HALF DAY) |
| COURT APPEARANCE | $5500.00 (FULL DAY) |

**PREPAYMENT**
- Prepayment is required a maximum of 10 days in advance of the scheduled Independent Medical Examination, Deposition, Court Appearance and Testimony.

**INDEPENDENT MEDICAL EXAMINATIONS (IME)**
- The IME includes: evaluation, review of records and reports and report preparation.

**CANCELLATION POLICY**
- A $700 cancellation fee will be charged for IME appointments that are canceled less than 5 full business days prior to the scheduled appointment. A $900 cancellation fee will be charged for appointments that are cancelled less than 2 full business days prior to the scheduled appointment.

- A $1500.00 cancellation fee will be charged for Video Depositions that are cancelled less than 5 full business days prior to the scheduled appointment. The full fee will be charged for Video Depositions that are cancelled less than 2 full business days prior to the scheduled appointment.

- A $1500.00 cancellation fee will be charged for Oral Depositions that are cancelled less than 5 full business days prior to the scheduled appointment. The full fee will be charged for Oral Depositions that are cancelled less than 2 full business days prior to the scheduled appointment.

- A $1500.00 cancellation fee will be charge for Court Appearances that are cancelled less than 5 full business days prior to the scheduled appearance. The full fee will be charged for Court Appearances that are cancelled less than 2 full business days prior to the scheduled appearance.

**RETAINER**
- A Retainer for anticipated charges may be requested.

**TAX IDENTIFICATION NUMBER**
- Tax Identification: 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