# EXHIBIT C

Law Offices of
**YOUNG, MALMBERG & HOWARD, P.A.**
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young
Constantine F. Malmberg, III
Kevin M. Howard
Ronald G. Poliquin

Phone: (302) 672-5600
Fax: (302) 674-0549

February 21, 2006

Thomas K. Johnson, II, Esquire
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

RE:   Jennifer A. Reed vs. J.P. Morgan Chase, Inc./ Fink deposition fee

Dear Tom:

    I am writing to request that you reimburse Dr. Fink for his full deposition fee of $3500. You were notified of Dr. Fink's fee prior his deposition as you received his fee schedule, which I have enclosed. If you do not reimburse Dr. Fink in the amount of $2450.00 within five days upon the date of this letter then I will be forced to file a motion to reimburse with the Court along with a copy of this letter.

    In that same respect, I have attached a copy of Dr. Minnehan's fee schedule so there is no confusion as to his compensation for his deposition on February 23, 2006. I would ask that you pay Dr. Minnehan a retainer of $1,000 prior to his deposition appearance.

    Thank you for your cooperation.

Very truly yours,

Ronald G. Poliquin, Esquire
RGP/gss
Enclosures