## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JENNIFER A. REED,                           :
                                            :
      PLAINTIFF,                          :    C.A. No.:  05-250 (GMS)
                                            :
VS.                                         :    JURY TRIAL DEMANDED
                                            :
J. P. MORGAN CHASE, INC.,                   :
                                            :
      DEFENDANT.                          :

### CERTIFICATE OF SERVICE

This shall certify that on this 3 day of March, 2006, I caused one (1) copy of the

foregoing Motion for Defendant to Reimburse Expert Fees to be served by United States

Mail, postage pre-paid upon:

> Thomas K. Johnson, II
> Dechert, LLP
> Sira Center
> 2929 Arch St.
> Philadelphia, PA  19104-2808

**Young, Malmberg & Howard, P.A.**

Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*