# EXHIBIT A

Case 1:05-cv-00250-GMS   Document 32-2   Filed 03/13/2006   Page 1 of 6

# ORIGINAL TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER A. REED,<br>    Plaintiff, | CIVIL ACTION<br>NO. 05-250-GMS |
| v | |
| J.P. MORGAN CHASE,<br>INC.,<br>    Defendant. | |

       Oral deposition of DAVID L. FINK, M.D., taken at the law offices of Dechert, LLP, The Cira Centre, 2929 Arch Street, Philadelphia, Pennsylvania, on Tuesday, February 7, 2006, commencing at approximately 3:46 p.m. before Joanne Rose, a Registered Professional Reporter and Notary Public, pursuant to notice.



**James DeCrescenzo Reporting, LLC**
INNOVATING LITIGATION
1880 JFK Blvd., 6th Floor • Philadelphia, PA 19103
www.jdreporting.com

215.564.3905 PHONE

215.751.0581 FAX

12

DEPOSITION OF DAVID L. FINK, M.D., 2/7/06

1  patients?
2      A.   Occasionally.
3      Q.   Have you ever turned away a
4  former patient who came to you for
5  assistance?
6      A.   No.
7      Q.   Is it fair to say that most
8  psychiatrists would not do that?
9      A.   I don't know what most
10 psychiatrists would do.
11     Q.   I'm asking based on your
12 experience.
13     A.   Yes. No, I think that's
14 standard practice. There's a
15 continuity of care as best we
16 possibly can.
17     Q.   Do you ever treat patients
18 without charge?
19         MR. POLIQUIN: Objection.
20         THE WITNESS: I have a
21 sliding scale and I have some very
22 low-fee patients.
23 BY MR. JOHNSON:
24     Q.   Can you tell me the lowest

JDR

James DeCrescenzo Reporting, LLC
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                FAX 215.751.0581

```
 1   that you charge a patient --
 2           MR. POLIQUIN:  Objection.
 3   BY MR. JOHNSON:
 4       Q.   -- per hour?
 5       A.   $50.
 6       Q.   Can you tell me the highest
 7   that you charge a patient per hour?
 8       A.   My highest clinical fee?
 9       Q.   Correct.
10       A.   For an evaluation or for
11   treatment?
12       Q.   We'll start with an
13   evaluation.
14       A.   An evaluation is the same
15   as the forensic rate, which is 350 an
16   hour for evaluation purposes.  My
17   maximum clinical fee for ongoing
18   treatment is 200 an hour.
19       Q.   Have you ever been a
20   plaintiff in a lawsuit?
21           MR. POLIQUIN:  Objection.
22   You may answer.
23           THE WITNESS:  I've been
24   named in a lawsuit which was
```

DEPOSITION OF DAVID L. FINK, M.D., 2/7/06

```
 1  longer represents her?
 2          MR. POLIQUIN:  Objection.
 3          THE WITNESS:  No, I do not.
 4  BY MR. JOHNSON:
 5      Q.   Did you know that she had
 6  another attorney in this matter?
 7          MR. POLIQUIN:  Objection.
 8          THE WITNESS:  No, I did
 9  not.
10          MR. JOHNSON:  Let me see if
11  we can get the notes.
12          (A break was taken from
13  5:17 p.m. to 5:23 p.m.)
14  BY MR. JOHNSON:
15      Q.   Doctor, are you aware of
16  any medical test that would enable
17  you to tell the difference today
18  between someone who has suffered from
19  a depressive episode years ago and
20  someone who today is attempting to
21  put forth a false claim that they, in
22  fact, had suffered from a depressive
23  episode years ago?
24      A.   No.
```

DEPOSITION OF DAVID L. FINK, M.D., 2/7/06

```
 1           MR. POLIQUIN:  Objection.
 2           THE WITNESS:  I've been
 3   involved in cases on both sides.
 4   And, you know, again, I'd have to go
 5   through the list but most have been
 6   resolved prior to trial.  Most of the
 7   harassment cases and the employment
 8   matters have been resolved before
 9   trial.
10   BY MR. JOHNSON:
11       Q.   About what percentage of
12   the time have you represented a
13   plaintiff in a matter?
14       A.   It's about 50/50.
15           MR. JOHNSON:  I think those
16   are all my questions.
17           (Witness excused.)
18           (The deposition concluded
19   at 6:16 p.m.)
20
21
22
23
24
```

**JDR**

**James DeCrescenzo Reporting, LLC**
InnovatingLitigation
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

215.564.3905                                   FAX 215.751.0581