# EXHIBIT B



Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
+1 215 994 4000 Main
+1 215 994 2222 Fax
www.dechert.com

THOMAS K. JOHNSON, II

thomas.johnson@dechert.com
+1 215 994 2756 Direct
+1 215 655 2756 Fax

February 14, 2006

**VIA FIRST CLASS MAIL**

David L. Fink, M.D.
135 S. 18th Street, Suite 701
Philadelphia, PA 19107

Re: <u>Jennifer A. Reed v. J. P. Morgan Chase & Co.</u>
    <u>USDC District of Delaware, C.A. No. 05-250 (GMS)</u>

Dear Dr. Fink:

Enclosed is our check for $1,050.00 to reimburse you for the time you spent at your deposition.

Sincerely,


Thomas K. Johnson, II
TKJ,II:bjh
Enclosure

cc:    Ronald G. Poliquin, Esquire