IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER A. REED, | : |
| Plaintiff, | : |
| v. | : C.A. No.:  05-250 GMS |
| J. P. MORGAN CHASE, INC., | : |
| Defendant. | : |

## ORDER

AND NOW this _____ day of _____, 2006 after considering Plaintiff's Motion For Defendant to Reimburse Expert Fees and Defendant's response thereto;

**IT IS HEREBY ORDERED** as follows:

(1) Plaintiff's Motion For Defendant to Reimburse Expert Fees is **DENIED** and;

(2) Plaintiff shall reimburse Defendant for reasonable attorney's fees and costs associated with responding to Plaintiff's Motion.

_____
J.