IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER A. REED, | : |
|     Plaintiff, | : |
|     v. | :    C.A. No.:   05-250 GMS |
| J. P. MORGAN CHASE, INC., | : |
|     Defendant. | : |

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, hereby certify that on March 13, 2006, I caused a true and correct copy of Defendant's Response In Opposition To Plaintiff's Motion To Reimburse Expert Fees to be served upon the following via first class U.S. mail:

    Ronald G. Poliquin, Esquire
    30 The Green
    Dover, DE  19901

    Attorney for Plaintiff

    _____
    Rebecca L. Butcher, Esquire
    DE Attorney I.D. No. 3816