IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER A. REED, | : |
|                     Plaintiff, | :   C.A. NO.   05-250 GMS |
| vs. | : |
| J.P. MORGAN CHASE, INC. | : |
|                     Defendant. | : |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF DAVID L. FINK

Defendant Chase Bank USA, National Association respectfully moves this Court for an Order precluding Plaintiff and Plaintiff's counsel from offering the testimony of Dr. David L. Fink (or making any reference thereto) on the issue of the alleged psychiatric injuries sustained by the Plaintiff. The grounds supporting this Motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE  19899

Of Counsel
M. Frances Ryan, Esquire
Thomas K. Johnson, II, Esquire
Dechert L.L.P.
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
(215) 994-4000

Dated: May 8, 2006