IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER A. REED, | : |
| Plaintiff, | : C.A. NO. 05-250 GMS |
| vs. | : |
| J.P. MORGAN CHASE, INC. | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____ 2006, upon consideration of Defendant's Motion in Limine to Exclude the Testimony of Dr. David L. Fink, it is hereby ORDERED as follows:

1. Defendant's Motion is GRANTED; and

2. Neither Plaintiff nor Plaintiff's counsel shall introduce testimony of Dr. David L. Fink (or make reference thereto) pertaining to any alleged psychiatric injuries sustained by the Plaintiff.

BY THE COURT:

_____
J.