## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, hereby certify that on May 8, 2006, I caused a true and correct copy of Defendant's Motion to Exclude the Testimony of David L. Fink to be served upon the following via first class U.S. mail:

>Ronald G. Poliquin, Esquire
>30 The Green
>Dover, DE 19901
>
>Attorney for Plaintiff

>Respectfully submitted,
>
>_____
>Rebecca L. Butcher, Esquire
>Landis Rath & Cobb LLP
>919 Market Street, Suite 600
>P.O. Box 2087
>Wilmington, DE 19899
>
>Of Counsel:
>M. Frances Ryan, Esquire
>Thomas K. Johnson, II, Esquire
>Dechert L.L.P.
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>(215) 994-4000

Dated: May 8, 2006                          Attorneys for Defendant