# EXHIBIT C

# COPY OF TRANSCRIPT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JENNIFER A. REED,

    Plaintiff

  V                    C.A. No.: 05-250 GMS

J. P. MORGAN CHASE, INC.,

    Defendant.

      Oral deposition of MARY A. HIGH, C.R.N.P., taken at the offices of J. P. MORGAN CHASE & COMPANY, 500 Stanton Christiana Road, Building 1, Newark, Delaware, on Wednesday, February 22, 2006, commencing at approximately 1:10 p.m., before Dianna R. Pugliese, Registered Merit Reporter, Certified Realtime Reporter, Certified Shorthand Reporter (NJ & DE), and Notary Public, pursuant to notice.



## James DeCrescenzo Reporting, LLC

215.564.3905 PHONE     INNOVATING LITIGATION     215.751.0581 FAX
1880 JFK Blvd., 6th Floor • Philadelphia, PA 19103
www.jdreporting.com

```
 1   chief complaint is.
 2        Q.    Okay.  In Ms. Reed's case
 3   did you ask for anything else during
 4   that first visit?
 5        A.    I'm referring to Exhibit 1.
 6        Q.    Okay.  Thank you.
 7        A.    On the first visit?
 8        Q.    Uh-huh.
 9        A.    She was seen for some upper
10   respiratory symptoms, so I asked her
11   questions about that, asked her if
12   she smokes.
13        Q.    Did she smoke?
14        A.    She smoked previously.  She
15   said she hadn't smoked in a few days,
16   but she had previously smoked.
17        Q.    How much did she smoke?
18        A.    One and a half packs a day.
19        Q.    Is that a lot?
20        A.    That's a lot.
21        Q.    Okay.
22        A.    And I think -- on that
23   visit I prescribed Wellbutrin.
24        Q.    For smoking cessation?
```

```
 1      A.    (No audible response.)
 2      Q.    You have to answer orally.
 3      A.    I'm sorry, yes.
 4      Q.    Did Ms. Reed actually ask
 5   for the Wellbutrin?
 6      A.    She had said --
 7      Q.    I'm looking at your note.
 8      A.    She had said she had been
 9   on it previously.  It says, Wants
10   Wellbutrin.
11      Q.    Can you tell me what
12   Wellbutrin is?
13      A.    It's actually an
14   antidepressant that's used for
15   smoking cessation.
16      Q.    Okay. And you prescribed
17   Wellbutrin for her on January the
18   10th of 2003?
19      A.    Right.
20      Q.    Can you tell me how much
21   you prescribed for her?
22      A.    150 milligrams twice a day.
23      Q.    Is that Wellbutrin SR?
24      A.    It looks here like I just
```

1  practice for you to take notes during
2  your sessions with patients?
3      A.   I usually write on the
4  sheet of paper, not take separate
5  notes. I write it in the record.
6      Q.   So the record that forms
7  Exhibit 1 and Exhibit 2?
8      A.   Right.
9      Q.   All right.
10     A.   There -- I think it's in
11 Exhibit 2, there's -- so that we
12 don't have to ask all the questions
13 when they're a new patient, in
14 Exhibit 2, it's called an Adult
15 Health Questionnaire, and I usually
16 review this. And if there's any
17 questions, then I ask them. This
18 sheet.
19     Q.   Okay.
20     A.   And this meets the criteria
21 that the insurance companies need for
22 you to ask them all this history.
23     Q.   So you rely on the patient
24 to fill out the sheet that you're

ORAL DEPOSITION OF MARY ANN HIGH, C.R.N.P., 2/22/06

```
 1   referring to?
 2       A.    Uh-huh.  And then we sign
 3   at the bottom that we reviewed it,
 4   the patient signs that it's --
 5       Q.    Okay.  While we're looking
 6   at this sheet, and it says Total Care
 7   Physicians at the top, Adult Health
 8   Questionnaire, and it has the date of
 9   1/10/03 on it; is that correct?
10       A.    Right.
11       Q.    And Ms. Reed signed it on
12   the reverse; is that correct?
13       A.    Correct.
14       Q.    And you signed it as well?
15       A.    Correct.
16       Q.    Can you tell me, did you
17   ever ask Ms. Reed about the fact that
18   she changed her answer, apparently,
19   on the end of the first page?
20           MR. POLIQUIN:  Objection.
21   BY MR. JOHNSON:
22       Q.    On number 12, Are you
23   taking any medication?
24       A.    I don't recall speaking to
```

JDR

James DeCrescenzo Reporting, LLC

215.564.3905         InnovatingLitigation              FAX 215.751.0581
             1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
                       www.JDReporting.com

1  exhibit -- or the first office visit
2  is a different form, as you can see.
3      Q.    Okay.  And that's the one
4  that's marked January 10 of 2003, the
5  one that has a number at the bottom
6  that says CH230?
7      A.    Right, uh-huh.
8      Q.    Is that yes?
9      A.    Yes.  Sorry.
10     Q.    All right.  You generally
11 write down anything significant that
12 the patient tells you in the chart;
13 is that correct?
14     A.    Correct.
15     Q.    And you record their
16 complaints to you in the chart; is
17 that correct?
18     A.    Correct.
19     Q.    Did you do anything to
20 prepare for your deposition today?
21     A.    I looked over the chart.
22     Q.    All right.  Did you do
23 anything else besides looking at the
24 chart?

```
 1   BY MR. JOHNSON:
 2       Q.    Did you have a blood level
 3   drawn --
 4       A.    No.  No.
 5       Q.    -- to try to determine
 6   whether or not she had stopped taking
 7   Wellbutrin?
 8       A.    No.  No.
 9       Q.    So you're relying here --
10   when it says Present Illness in this
11   section there -- do you see where I'm
12   talking about?
13       A.    Yes.
14       Q.    -- you're relying on her
15   report to you of what her problems
16   are?
17       A.    Correct.
18             MR. POLIQUIN:  Objection.
19   BY MR. JOHNSON:
20       Q.    What did she say to you
21   about the alleged harassment by her
22   co-worker?
23       A.    I don't recall.  What I
24   wrote there was Harassment by
```

**JDR**

**James DeCrescenzo Reporting**, LLC

215.564.3905    InnovatingLitigation    FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

```
 1   no.
 2   BY MR. JOHNSON:
 3       Q.    Okay.  So this is just sort
 4   of your general impression --
 5       A.    Right.
 6       Q.    -- of her?
 7             MR. POLIQUIN:  Objection.
 8             THE WITNESS:  Well, it's a
 9   diagnosis.  I mean, I'm certified to
10   diagnose that.
11   BY MR. JOHNSON:
12       Q.    So your diagnosis is
13   stress/depression?
14       A.    No, situational -- there's
15   something called situational anxiety
16   and depression.
17       Q.    Okay.  Does that appear
18   anywhere in the DSM?
19       A.    I don't know because I
20   don't use that regularly, but --
21       Q.    Is the DSM the standard
22   text in psychiatry?
23             MR. POLIQUIN:  Objection.
24             THE WITNESS:  In
```

ORAL DEPOSITION OF MARY ANN HIGH, C.R.N.P., 2/22/06

```
 1  psychiatry, yes.  Not in --
 2  BY MR. JOHNSON:
 3      Q.    Have you received any --
 4      A.    -- family practice.
 5      Q.    Not in family practice?
 6      A.    Uh-huh.
 7      Q.    Have you ever received any
 8  training in psychiatry?
 9            MR. POLIQUIN:  Objection.
10            THE WITNESS:  Not in
11  psychiatry.  I do a lot of continuing
12  education.  It's a really common
13  problem in family practice, actually.
14  BY MR. JOHNSON:
15      Q.    What's a common problem?
16  Anxiety?
17            MR. POLIQUIN:  Objection.
18            THE WITNESS:  Anxiety and
19  depression.
20  BY MR. JOHNSON:
21      Q.    Okay.  What percentage of
22  your patients do you diagnose with
23  situational anxiety?
24            MR. POLIQUIN:  Objection.
```

JDR

James DeCrescenzo Reporting, LLC
215.564.3905    InnovatingLitigation    FAX 215.751.0581
1880 JFK Blvd., 6th Floor, Philadelphia, PA 19103
www.JDReporting.com