## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on May 8, 2006, a true and correct copy of the foregoing Memorandum of Law in Support of Defendant's Motion in Limine to Exclude the Testimony of David L. Fink was caused to be served on the following in the manner indicated:

**FIRST CLASS MAIL**

Ronald G. Poliquin, Esquire (#4447)
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901
(302) 672-5600

DATE: May 8, 2006

Rebecca L. Butcher, Esquire (#3816)

521.001-12332.DOC