IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER A. REED, | : | |
| | : | |
| PLAINTIFF, | : | C.A. No.: 05-250 (GMS) |
| | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| J. P. MORGAN CHASE, INC., | : | |
| | : | |
| DEFENDANT. | : | |

## NOTICE OF MOTION

**PLEASE** take notice that the attached motion and brief will be heard at the earliest convenience of the Court.

Young, Malmberg & Howard, P.A.

Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*

DATED: May ___, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER A. REED, | : |
| PLAINTIFF, | : |
| | : C.A. No.: 05-250 (GMS) |
| vs. | : JURY TRIAL DEMANDED |
| J. P. MORGAN CHASE, INC., | : |
| DEFENDANT. | : |

## MOTION *IN LIMINE* OR IN THE ALTERNATIVE *PARTIAL SUMMARY JUDGEMENT* TO BAR AFFIRMATIVE DEFENSES

**COMES NOW**, the Plaintiff, Jennifer A. Reed, by and through her attorney Ronald G. Poliquin, Esquire of Young, Malmberg & Howard, P.A. and moves this Honorable Court for an Order granting the Motion in Limine or in the alternative Partial Summary Judgment as to the Affirmative Defenses and evidence asserted as further argued in brief.

### COUNT I
Chase should be prohibited from arguing a Farragher/Ellerth affirmative defense

### COUNT II
Chase admits that Kazazz was an Assistant Supervisor

### COUNT III
Chases admits that they received proper notification of Reed's sexual harassment complaints

### COUNT IV
Chase failed to take remedial action upon receiving Reed's complaint

### COUNT V
Chase admits that no investigation was conducted concerning Plaintiff's claims of retaliation

### COUNT VI
Chase admits that they violated their own rules and procedures employees concerning Reed's complaints

## COUNT V
Chase should be prohibited from presenting evidence not previously provided to Plaintiff pertaining to any alleged access to a celebrity account

## COUNT VI
Chases should be prohibited from arguing or presenting evidence pertaining to Reed's prior work history or subsequent job search

## COUNT VII
Chase should be prohibited from presenting evidence of the Department of Labor's "cause finding"

**WHEREFORE**, the Plaintiff respectfully prays this Honorable Court enter an Order granting Plaintiffs' Motion supported by a brief.

Young, Malmberg & Howard, P.A.

_____
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*

DATED: May __, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER A. REED, | : | |
| PLAINTIFF, | : | C.A. No.: 05-250 (GMS) |
| vs. | : | JURY TRIAL DEMANDED |
| J. P. MORGAN CHASE, INC., | : | |
| DEFENDANT. | : | |

## ORDER

**IT IS SO ORDERED** this ___ day of _____, 2006, the attached motion in limine and/or partial summary judgment is granted

_____
JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER A. REED, | : |
| PLAINTIFF, | : C.A. No.: 05-250 (GMS) |
| vs. | : JURY TRIAL DEMANDED |
| J.P. MORGAN CHASE, INC., | : |
| DEFENDANT. | : |

## CERTIFICATE OF SERVICE

This shall certify that on this 8th day of May, 2006, I caused one (1) copy of the foregoing Motion In Limine or in the Alternative Partial Summary Judgment to be served by United States Mail, postage pre-paid upon:

Thomas K. Johnson, II
Dechert, LLP
Sira Center
2929 Arch St.
Philadelphia, PA 19104-2808

**Young, Malmberg & Howard, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
*Attorney for Plaintiff*