IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JENNIFER A. REED,                    :
                                     :
    Plaintiff,                       :
                                     :
        v.                           :    C.A. No.:    05-250 GMS
                                     :
J. P. MORGAN CHASE, INC.,            :
                                     :
    Defendant.                       :

**DEFENDANT'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF AND HER COUNSEL FROM PRESENTING OR MAKING REFERENCE AT TRIAL TO ANY ARGUMENT, EVIDENCE OR TESTIMONY CONCERNING CHRISTOPHER DOTTS' CRIMINAL HISTORY**

Defendant respectfully moves this Court for an Order precluding Plaintiff and her counsel from presenting or making reference to any argument, evidence or testimony regarding the following: Christopher Dotts' entire criminal history including any convictions or charges related to resisting arrest and/or disorderly conduct; and any prior bad acts surrounding criminal charges against Christopher Dotts.

The grounds supporting this Motion are set forth in the accompanying Memorandum of Law.

*[signature]*
Rebecca L. Butcher, Esquire
DE Attorney I.D. No. 3816
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899

M. Frances Ryan, Esquire
Thomas K. Johnson, II, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215-994-4000

Attorneys for Defendant

Dated:      May 8, 2006