## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, hereby certify that I have this date caused a true and

correct copy of the foregoing Defendant's Motion In Limine To Preclude Plaintiff And Her

Counsel From Presenting Or Making Reference At Trial To Any Argument, Evidence Or

Testimony Concerning Christopher Dotts' Criminal History to be served upon the following via

facsimile and U.S. First Class Mail:

> Ronald G. Poliquin, Esquire
> 30 The Green
> Dover, DE  19901
>
> Attorney for Plaintiff
>
>
> Rebecca L. Butcher, Esquire
> DE Attorney I.D. No. 3816
> Landis Rath & Cobb LLP
> 919 Market Street, Suite 600
> P.O. Box 2087
> Wilmington, DE  19899
>
> M. Frances Ryan, Esquire
> Thomas K. Johnson, II, Esquire
> Dechert LLP
> Cira Centre
> 2929 Arch Street
> Philadelphia, PA  19104-2808
> 215-994-4000
>
> Attorneys for Defendant

Dated:      May 8, 2006