## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on May 8, 2006, a true and correct copy of the foregoing Memorandum of Law in Support of Defendant's Motion in Limine to Preclude Plaintiff and Her Counsel from Presenting or Making Reference to Any Argument, Evidence or Testimony Concerning Christopher Dotts' Criminal History was caused to be served on the following in the manner indicated:

**FIRST CLASS MAIL**

Ronald G. Poliquin, Esquire (#4447)
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901
(302) 672-5600

DATE: May 8, 2006

Rebecca L. Butcher, Esquire (#3816)