IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER A. REED, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.:  05-250 GMS |
| J. P. MORGAN CHASE, INC., | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION IN LIMINE TO PRECLUDE PLAINTIFF AND HER COUNSEL FROM PRESENTING OR MAKING REFERENCE AT TRIAL TO ANY ARGUMENT, EVIDENCE OR TESTIMONY CONCERNING NAZIH KAZZAZ'S CRIMINAL HISTORY**

Defendant respectfully moves this Court for an Order precluding Plaintiff and her counsel from presenting or making reference to any argument, evidence or testimony regarding the following: Nazih Kazzaz's entire criminal history including any convictions or charges related to the receipt of stolen property; and any prior bad acts surrounding criminal charges against Nazih Kazzaz.

The grounds supporting this Motion are set forth in the accompanying Memorandum of Law.

                                                 /s/ Rebecca L. Butcher
Rebecca L. Butcher, Esquire
DE Attorney I.D. No. 3816
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899

M. Frances Ryan, Esquire
Thomas K. Johnson, II, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
215-994-4000

Attorneys for Defendant

Dated:    May 8, 2006