IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JENNIFER A. REED,** | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 05-250 GMS |
| **J. P. MORGAN CHASE, INC.,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant's Motion In Limine To Preclude Plaintiff And Her Counsel From Presenting Or Making Reference At Trial To Any Argument, Evidence Or Testimony Concerning Nazih Kazzaz's Criminal History and any response thereto, Defendant's Motion is GRANTED. It is hereby ORDERED that Plaintiff and her counsel are precluded from presenting any evidence of or making any reference to:

1.   Nazih Kazzaz's Entire Criminal History Including Any Conviction or Charge Related to the Receipt of Stolen Property; and

2.   Any Prior Bad Acts Surrounding Any Criminal Charges Against Nazih Kazzaz.

BY THE COURT:

_____
Gregory M. Sleet, J.