## **CERTIFICATE OF SERVICE**

I, Rebecca L. Butcher, hereby certify that I have this date caused a true and correct copy of the foregoing Defendant's Motion In Limine To Preclude Plaintiff And Her Counsel From Presenting Or Making Reference At Trial To Any Argument, Evidence Or Testimony Concerning Nazih Kazzaz's Criminal History to be served upon the following via facsimile and U.S. First Class Mail:

>Ronald G. Poliquin, Esquire
>30 The Green
>Dover, DE 19901
>
>Attorney for Plaintiff

>_/s/ Rebecca L. Butcher_
>Rebecca L. Butcher, Esquire
>DE Attorney I.D. No. 3816
>Landis Rath & Cobb LLP
>919 Market Street, Suite 600
>P.O. Box 2087
>Wilmington, DE 19899
>
>M. Frances Ryan, Esquire
>Thomas K. Johnson, II, Esquire
>Dechert LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104-2808
>215-994-4000
>
>Attorneys for Defendant

Dated:    May 8, 2006