# EXHIBIT A

1

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE

JENNIFER A. REED,            )
                             )
          Plaintiff,         )
                             )
                             )  Civil Action
v.                           )  No. 05-250(GMS)
                             )
J. P. MORGAN CHASE & CO.,    )
                             )
          Defendant.         )
```

Deposition of NAZIH KAZZAZ taken pursuant to notice at the offices of J. P. Morgan Chase & Co., 500 Stanton Road, Newark, Delaware, beginning at 1:21 p.m. on Tuesday, January 24, 2006, before Lucinda M. Reeder, Registered Diplomate Reporter and Notary Public.

APPEARANCES:

    RONALD POLIQUIN, ESQ.
    YOUNG MALMBERG & HOWARD
      30 The Green
      Dover, Delaware  19901
      for the Plaintiff,

    THOMAS K. JOHNSON, II, ESQ.
    DECHERT, LLP
      Cira Centre, 2929 Arch Street
      Philadelphia, PA  19104-2808
      for the Defendant.

- - - - - - - - - - - - - - - - - - - - - - - -
              WILCOX & FETZER, LTD.
  1330 King Street - Wilmington, Delaware  19801
                 (302) 655-0477



WILCOX & FETZER LTD.
Registered Professional Reporters



```
1    Q.   What corporations did you work for?
2    A.   I worked for KFC.  I worked for Marriott.  I
3  worked for Pizza Hut.
4    Q.   What was your role -- let's take where you
5  worked at a pizza store.  Did you own the store?
6    A.   Yes.  My own place.
7    Q.   You were in charge -- were you in charge of
8  everything?
9    A.   Yes.
10   Q.   It was you and your wife?
11   A.   No.  Me and my wife and my sister.
12   Q.   How many employees did you have at the pizza
13 store?
14   A.   Including the family members?
15   Q.   Yeah.
16   A.   The family members, there were like seven or
17 eight.
18   Q.   Seven or eight employees?
19   A.   Employees.
20   Q.   How long did you own the pizza store for?
21   A.   From '88 to '92, '93.  I don't remember.  But
22 these are the dates.
23   Q.   Okay.  Where was it located at?
24   A.   205 Fourth Street, Wilmington.
```



1  a parking ticket, so I have to put it in. And the
2  second one is I put "insufficient check," you know.
3  And the third one is "received stolen property."
4      Q.   When did you -- were you convicted of receiving
5  stolen property?
6      A.   No.
7      Q.   Were you charged with receiving stolen
8  property?
9      A.   Charged?
10            MR. JOHNSON: If the answer is you don't
11 know, you don't know.
12     A.   Okay.
13     Q.   Mr. Kazzaz, at some point in time, were you
14 charged with the crime of receiving stolen property?
15     A.   Can I ask a question?
16     Q.   No.
17            MR. JOHNSON: If you don't --
18     A.   I don't --
19            MR. JOHNSON: If you don't understand --
20     A.   I don't understand.
21     Q.   You don't understand. Okay.
22            MR. JOHNSON: If you don't understand a
23 question or you don't know the answer to that, just
24 tell him that.

23

```
 1   BY MR. POLIQUIN:
 2     Q.   Why did you put "receiving stolen property" on
 3   that?
 4     A.   Well, I have to tell the truth, everything.
 5          MR. JOHNSON:  Yes.
 6     A.   I have to tell everything to my employer.
 7   Because I don't remember the date, but when I had the
 8   pizza store, the store got -- and because I owned the
 9   store, the store -- the sole owner, sole proprietor --
10   the store was under my name, the store was charged, so
11   I was the owner of the store.
12     Q.   So as the owner of your pizza restaurant, you
13   were charged with receiving stolen property?
14     A.   Yes.
15          MR. JOHNSON:  Do you understand the
16   question?  I am objecting to the form.  I am not sure
17   that Mr. Kazzaz actually understands the phrase
18   "charging."
19          MR. POLIQUIN:  I understand.
20   BY MR. POLIQUIN:
21     Q.   Did you go to court for this at some point in
22   time?  How did you know -- what were the circumstances
23   of you being -- of the receiving stolen property?
24          MR. JOHNSON:  The alleged receiving stolen
```

1  property?
2           MR. POLIQUIN:  Well, I am just referring
3  to what it says on the document.
4           THE WITNESS:  Repeat the question.
5  BY MR. POLIQUIN:
6     Q.    You wrote "receiving stolen property" on the
7  form.  Right?
8     A.    Yes, yes.
9     Q.    You testified that was in connection with you
10 owning a pizza store?
11    A.    Yes.
12    Q.    I am not putting words in your mouth.  Right?
13    A.    No.  I owned the pizza store, yes.
14    Q.    At some point in time, your store -- there was
15 some kind of court action?
16    A.    Court action.  Court action.
17    Q.    Did you go to court for that?
18    A.    Yes.
19    Q.    And what happened?
20    A.    Everything, at the end, everything was dropped.
21    Q.    Everything was dropped.  Okay.
22           What position were you originally hired
23 for, Mr. Kazzaz?
24    A.    Hired where?

W&F
WILCOX & FETZER LTD.
Registered Professional Reporters