Law Offices of
# YOUNG, MALMBERG & HOWARD, P.A.
Professional Association
30 The Green
Dover, Delaware 19901
www.youngmalmberg.com

Kenneth J. Young
Constantine F. Malmberg, III
Kevin M. Howard
Ronald G. Poliquin

Phone: (302) 672-5600
Fax: (302) 674-0549

July 16, 2006

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

RE:   Settlement – C.A. No.: 05-250
      Jennifer A. Reed v. J.P. Morgan Chase, Inc.

Dear Magistrate Thynge:

This is a letter concerning the settlement of the case that was agreed upon during mediation on May 12, 2006.

There are two main disputes blocking final settlement of the matter. They are the following:

a. JP Morgan Chase has refused to send our firm one check and then allow counsel to disburse the plaintiff's portion to her. The plaintiff would waive all tax liability to defendant and all parties would be required to file the appropriate tax paperwork

b. Secondly, JP Morgan Chase would only agree to allow plaintiff to continue employment with a company that merges or that is bought by JP Morgan Chase only after five years after the signing of the agreement.

There were several other minor disputes concerning mutuality language in the settlement agreement but the above issues are the most vital.

It is our position that whether the defendant writes one check or two was not a substantive condition concerning settlement. Our client should not be required to accept a payment with taxes withheld since she is agreeing to waive all tax liability to the defendant and the case deals with mixed claims of emotional distress and back pay.

Since both parties are at a standstill, I would respectfully request a teleconference with your honor concerning the Court's position pertaining to the above issues.

Respectfully,

Ronald G. Poliquin, Esquire
RGP/gss

cc:  M. Frances Ryan, Esquire
     Thomas K. Johnson, II, Esquire
     Jennifer A. Esposito