IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER A. REED, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-250-GMS |
| | : | |
| J.P. MORGAN CHASE, INC., | : | |
| | : | |
| Defendant. | : | |

ORDER

At Wilmington this **18th** day of **July, 2006**,

IT IS ORDERED that:

A teleconference is scheduled for **Wednesday, July 26, 2006 at 9:00 a.m.** The purpose of this teleconference is to discuss the settlement status of this matter. Plaintiff's counsel shall initiate the call.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE



FILED
JUL 1 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE