## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNIFER A. REED, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-250-GMS |
| J.P. MORGAN CHASE, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **8th** day of **September, 2006**,

IT IS ORDERED that teleconference is scheduled for **Tuesday, September 12, 2006 at 10:00 a.m.** The purpose of this teleconference is to discuss the settlement status of this matter. **Ronald G. Poliquin, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE